# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MINNICK, JANET JEAN                          §      Case No. 12-27563
                                                    §
                                                    §
Debtor(s)                                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm
on   August 22 , 2014   in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  07/16/2014          By:  /s/JOHN E. GIERUM

                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MINNICK, JANET JEAN                                     §     Case No. 12-27563
                                                              §
                                                              §
Debtor(s)                                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 12,500.00 |
| *and approved disbursements of* | $ | 500.64 |
| *leaving a balance on hand of* [1] | $ | 11,999.36 |

**Balance on hand:**                              $          11,999.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $     11,999.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,000.00 | 0.00 | 2,000.00 |

Total to be paid for chapter 7 administration expenses:   $     2,000.00
Remaining balance:                                         $     9,999.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:                                            $     9,999.36

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $         9,999.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,636.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 4,037.05 | 0.00 | 1,409.65 |
| 2 | Dell Financial Services, LLC | 2,775.41 | 0.00 | 969.11 |
| 3 | Discover Bank | 3,557.47 | 0.00 | 1,242.19 |
| 4 | American InfoSource LP as agent for | 968.99 | 0.00 | 338.35 |
| 5 | American InfoSource LP as agent for | 1,034.80 | 0.00 | 361.33 |
| 6 | American InfoSource LP as agent for | 769.01 | 0.00 | 268.52 |
| 7 | American InfoSource LP as agent for | 2,414.01 | 0.00 | 842.92 |
| 8 | American InfoSource LP as agent for | 867.37 | 0.00 | 302.87 |
| 9 | American InfoSource LP as agent for | 1,085.06 | 0.00 | 378.88 |
| 10 | American InfoSource LP as agent for | 899.98 | 0.00 | 314.25 |
| 11 | Capital One Bank (USA), N.A. | 188.67 | 0.00 | 65.88 |
| 12 | Asset Acceptance LLC | 1,757.60 | 0.00 | 613.71 |
| 13 | Asset Acceptance LLC | 8,036.38 | 0.00 | 2,806.12 |
| 14 | Capital One, N.A. | 245.09 | 0.00 | 85.58 |

Total to be paid for timely general unsecured claims:   $         9,999.36
Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/JOHN E. GIERUM

Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-27563-ABG
Janet Jean Minnick                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mgonzalez        Page 1 of 2        Date Rcvd: Jul 17, 2014
                            Form ID: pdf006         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2014.
```
db       +Janet Jean Minnick,    586 Cortland Dr,   Lake Zurich, IL 60047-2360
19138653 +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,   Wilmington, DE 19884-0001
19138662 +Blatt, Hasenmiller, Leibsker,   & Moore,    125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
19138651 ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
          (address filed with court: Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
           Richmond, VA 23285)
19138633 +CHASE,   Attn: Bankruptcy Dept.,    Po Box 24696,   Columbus, OH 43224-0696
19401375  Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
           Charlotte, NC 28272-1083
19597460  Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19138660 +Capital One/HSBC,    Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream, IL 60197-5253
19295302 ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
          (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
           PO Box 10390,   Greenville, SC 29603-0390)
19138648 +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
19138649 +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
19138647 ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
           GRAND RAPIDS MI 49546-6253
          (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,   Fifth Third Center,
           Cincinnati, OH 45263)
19138663 +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
19138634 +GE Money,   C/O Equable Ascent Financi,    5 Revere Dr,   Northbrook, IL 60062-1566
19138635 +ICE Mountain Spring Water,    C/O Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
19138661 +Lake County Clerk,    Doc #09 SC 11136,    18 N. County St. Rm 101,   Waukegan, IL 60085-4354
19138656 +Mcydsnb,   Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
19138658 +RBS Citizens NA,    Attn: Bankruptcy Dept.,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
19138650 +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
19138654 +Wfnnb/EDDIE BAUER,    Attn: Bankruptcy Dept.,    995 W 122Nd Ave,   Westminster, CO 80234-3417
19138655 +ZALE/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6497,   Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19300113  E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2014 01:22:01
           American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
           Oklahoma City, OK 73126-8941
19406384 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2014 01:13:18     Asset Acceptance LLC,
           assignee  CHASE BANK/ DISNEY/CHASE,   PO Box 2036,   Warren, MI 48090-2036
19406477 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2014 01:13:18     Asset Acceptance LLC,
           assignee  FIFTH THIRD BANK,   PO Box 2036,   Warren, MI 48090-2036
19295141 +E-mail/Text: bnc@atlasacq.com Jul 18 2014 01:12:19   Atlas Acquisitions LLC,
           Assignee of Citibank - SEARS PREMIER CAR,   294 Union St.,   Hackensack, NJ 07601-4303
19178714 +E-mail/Text: bnc@atlasacq.com Jul 18 2014 01:12:18   Atlas Acquisitions LLC,   294 Union St.,
           Hackensack, NJ 07601-4303
19138642 +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2014 01:13:23     BANK OF America,
           C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138637 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2014 01:13:18
           British Petroleum Private LABE,   C/O Asset Acceptance LLC,   Po Box 2036,
           Warren, MI 48090-2036
19138636 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2014 01:13:18     CHASE BANK/ DISNEY/Chase,
           C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
19138639 +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2014 01:13:23     Citibank,   C/O Midland Funding,
           8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138638 +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2014 01:20:11
           Citibank Sears Premier Card,   C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
19300082  E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2014 01:21:05     Discover Bank,
           DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19138659 +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2014 01:21:05     Discover FIN SVCS LLC,
           Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
19138632 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2014 01:13:18     Fifth Third BANK,
           C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
19138644 +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2014 01:13:23     GE Money BANK,
           C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138652 +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2014 01:12:27     Kohls/Capone,
           Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19138631 +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2014 01:18:25     Lvnv Funding,
           Attn: Bankruptcy Dept.,   PO Box 740281,   Houston, TX 77274-0281
19138645 +E-mail/Text: BKRMailOps@weltman.com Jul 18 2014 01:13:38     National Collegiate Trust,
           C/O Weltman Weinberg & REI,   323 Lakeside Pl,   Cleveland, OH 44113-1085
20726718  E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2014 01:21:52     Portfolio Investments II LLC,
           Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
           Miami, FL 33131-1605
                                                                                   TOTAL: 18
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Jul 17, 2014
                             Form ID: pdf006           Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19138643*    +BANK OF AMERICA,   C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138640*    +Citibank,   C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138641*    +Citibank,   C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19138657*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Webbank/DFS,   Attn: Bankruptcy Dept.,   12234 N Ih 35 Sb Bldg B,
             Austin, TX 78753)
19138646*    +National Collegiate Trust,   C/O Weltman Weinger & REI,   323 Lakeside Pl,
             Cleveland, OH 44113-1085
                                                                        TOTALS: 0, * 5, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2014                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2014 at the address(es) listed below:
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
              Mark E Levine    on behalf of Debtor Janet Jean Minnick ndil@geracilaw.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor   FIFTH THIRD BANK Courts@tmlong.com
                                                                        TOTAL: 5
```