# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MINNICK, JANET JEAN                         § Case No. 12-27563
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   | | |
   |---|---|
   | Assets Abandoned: $637,450.00 *(without deducting any secured claims)* | Assets Exempt: $476,018.00 |
   | Total Distribution to Claimants: $9,999.36 | Claims Discharged Without Payment: $18,637.53 |
   | Total Expenses of Administration: $2,500.64 | |

   3)  Total gross receipts of $    12,500.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,500.64 | 2,500.64 | 2,500.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,636.89 | 28,636.89 | 9,999.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,137.53 | $31,137.53 | $12,500.00 |

4) This case was originally filed under Chapter 7 on July 11, 2012. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2014           By: /s/JOHN E. GIERUM
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 VW Beetle | 1129-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Auction Associates, Inc | 2420-000 | N/A | 337.88 | 337.88 | 337.88 |
| JOHN E. GIERUM | 2200-000 | N/A | 11.16 | 11.16 | 11.16 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.18 | 10.18 | 10.18 |
| Rabobank, N.A. | 2600-000 | N/A | 19.29 | 19.29 | 19.29 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 16.28 | 16.28 | 16.28 |
| Rabobank, N.A. | 2600-000 | N/A | 19.17 | 19.17 | 19.17 |
| Rabobank, N.A. | 2600-000 | N/A | 17.98 | 17.98 | 17.98 |
| Rabobank, N.A. | 2600-000 | N/A | 16.21 | 16.21 | 16.21 |
| Rabobank, N.A. | 2600-000 | N/A | 16.75 | 16.75 | 16.75 |
| Rabobank, N.A. | 2600-000 | N/A | 18.46 | 18.46 | 18.46 |
| Rabobank, N.A. | 2600-000 | N/A | 17.28 | 17.28 | 17.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,500.64 | $2,500.64 | $2,500.64 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | N/A | 4,037.05 | 4,037.05 | 1,409.65 |
| 2 | Dell Financial Services, LLC | 7100-000 | N/A | 2,775.41 | 2,775.41 | 969.11 |
| 3 | Discover Bank | 7100-000 | N/A | 3,557.47 | 3,557.47 | 1,242.19 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 968.99 | 968.99 | 338.35 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 1,034.80 | 1,034.80 | 361.33 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 769.01 | 769.01 | 268.52 |
| 7 | American InfoSource LP as agent for | 7100-000 | N/A | 2,414.01 | 2,414.01 | 842.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | American InfoSource LP as agent for | 7100-000 | N/A | 867.37 | 867.37 | 302.87 |
| 9 | American InfoSource LP as agent for | 7100-000 | N/A | 1,085.06 | 1,085.06 | 378.88 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 899.98 | 899.98 | 314.25 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 188.67 | 188.67 | 65.88 |
| 12 | Asset Acceptance LLC | 7100-000 | N/A | 1,757.60 | 1,757.60 | 613.71 |
| 13 | Asset Acceptance LLC | 7100-000 | N/A | 8,036.38 | 8,036.38 | 2,806.12 |
| 14 | Capital One, N.A. | 7100-000 | N/A | 245.09 | 245.09 | 85.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $28,636.89 | $28,636.89 | $9,999.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-27563
**Case Name:** MINNICK, JANET JEAN

**Period Ending:** 10/08/14

**Trustee:** (520171)   JOHN E. GIERUM
**Filed (f) or Converted (c):** 07/11/12 (f)
**§341(a) Meeting Date:** 08/02/12
**Claims Bar Date:** 11/05/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate 586 Cortland, Lake Zurich, IL | 159,000.00 | 0.00 | | 0.00 | FA |
| 2 | Fifth Third Bank checking account ending in 4200 frozen by pre-petition garnishment | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank savings account ending in 3872 frozen by pre-petition garnishment | 6,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods | 2,000.00 | 1,800.00 | | 0.00 | FA |
| 5 | Books, etc. | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 8 | Term Life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Fidelity IRA | 14,368.00 | 0.00 | | 0.00 | FA |
| 10 | Rollover IRA | 440,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2012 VW Beetle | 17,000.00 | 17,000.00 | | 12,500.00 | FA |
| 12 | 2007 Mazda 6 | 5,632.00 | 0.00 | | 0.00 | FA |
| 13 | 2005 Dodge Dakota | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Family Pets | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$654,450.00** | **$19,000.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

reviewing claims and tax issues to ready to close

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015      **Current Projected Date Of Final Report (TFR):**   July 19, 2014  (Actual)

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-27563 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MINNICK, JANET JEAN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***0380 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/10/13 | {11} | American Auction Associates, Inc. | SALE PROCEEDS | 1129-000 | 12,500.00 | | 12,500.00 |
| 09/20/13 | 101 | American Auction Associates, Inc. | Auctioneer for Trustee fees and expenses | 2420-000 | | 337.88 | 12,162.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.18 | 12,151.94 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.29 | 12,132.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.28 | 12,116.37 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 12,097.20 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.98 | 12,079.22 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.21 | 12,063.01 |
| 03/04/14 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #12-27563, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 11.16 | 12,051.85 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.75 | 12,035.10 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.46 | 12,016.64 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.28 | 11,999.36 |
| 08/25/14 | 103 | JOHN E. GIERUM | Dividend paid 100.00% on $2,000.00, Trustee Compensation;  Reference: | 2100-000 | | 2,000.00 | 9,999.36 |
| 08/25/14 | 104 | Atlas Acquisitions LLC | First and Final Distribution | 7100-000 | | 1,409.65 | 8,589.71 |
| 08/25/14 | 105 | Dell Financial Services, LLC | First and Final Distribution | 7100-000 | | 969.11 | 7,620.60 |
| 08/25/14 | 106 | Discover Bank | First and Final Distribution | 7100-000 | | 1,242.19 | 6,378.41 |
| 08/25/14 | 107 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 338.35 | 6,040.06 |
| 08/25/14 | 108 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 361.33 | 5,678.73 |
| 08/25/14 | 109 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 268.52 | 5,410.21 |
| 08/25/14 | 110 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 842.92 | 4,567.29 |
| 08/25/14 | 111 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 302.87 | 4,264.42 |
| 08/25/14 | 112 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 378.88 | 3,885.54 |
| 08/25/14 | 113 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 314.25 | 3,571.29 |
| 08/25/14 | 114 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 65.88 | 3,505.41 |
| 08/25/14 | 115 | Asset Acceptance LLC | First and Final Distribution | 7100-000 | | 613.71 | 2,891.70 |
| 08/25/14 | 116 | Asset Acceptance LLC | First and Final Distribution | 7100-000 | | 2,806.12 | 85.58 |
| 08/25/14 | 117 | Capital One, N.A. | First and Final Distribution | 7100-000 | | 85.58 | 0.00 |

Subtotals :   $12,500.00   $12,500.00

{} Asset reference(s)

Printed: 10/08/2014 02:08 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-27563  
**Case Name:** MINNICK, JANET JEAN  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  

**Taxpayer ID #:** **-***0380  
**Period Ending:** 10/08/14  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 12,500.00 | 12,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,500.00 | 12,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $12,500.00 | $12,500.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4666** | 12,500.00 | 12,500.00 | 0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |

{} Asset reference(s)

Printed: 10/08/2014 02:08 PM    V.13.15